## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DWANER WHITE,**

  **Plaintiff,**        **CASE NO.:  8:15-cv-01205-JDW-AEP**

**v.**

**SYNCHRONY BANK,**

  **Defendant.**

_____/

### NOTICE OF PENDING SETTLEMENT

  Plaintiff, Dwaner White,, by and through undersigned counsel, hereby files this Notice of Pending Settlement.  By submission of this Notice, submitting counsel represents that this matter has settled in principle and the parties are working toward finalizing resolution at this time.

Dated:  October 3, 2015     Respectfully Submitted,

            **CENTRONE & SHRADER, PLLC**
            612 W. Bay Street
            Tampa, Florida 33606
            Phone:  (813) 360-1529
            Fax: (813) 336-0832

            /s/ Gus M. Centrone
            _____
            **GUS M. CENTRONE, ESQ.**
            Florida Bar No. 30151
            e-mail: gcentrone@centroneshrader.com
            **BRIAN L. SHRADER, ESQ.**
            Florida Bar No. 57251
            e-mail: bshrader@centroneshrader.com
            Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 3, 2015, I presented a true and correct copy of the

foregoing to the Clerk of the United States District Court for the Middle District of Florida,

Tampa Division, for filing and uploading to the CM/ECF system.

 /s/ Gus M. Centrone
Attorney